IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TROY K. EBY,** : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 13-6243 |
| : | |
| **CAROLYN W. COLVIN, Acting** : | |
| **Commissioner of Social Security,** : | |
| Defendant. : | |

# O R D E R

**AND NOW**, this 23rd day of April, 2015, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's response, and Plaintiff's reply thereto, as well as the record herein, and after careful review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The relief sought in Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 14) is **DENIED**.

3. **JUDGMENT** is entered in favor of Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and against Plaintiff Troy K. Eby.

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.